# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

Rebecca A. Lewis,

        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

vs.

Case Number: 4:08-CV-2386-GRA

Michael J. Astrue,
Commissioner of Social Security,

        Defendant.

- [ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- [ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

- [X] **Decision on the Record.** This action came before the court on the record. The issues have been reviewed and a decision rendered.

    **IT IS ORDERED AND ADJUDGED** that the Commissioner's decision is REVERSED and this case is REMANDED to the Commissioner for proceedings.

                                                  LARRY W. PROPES, Clerk

                                          By    *Penelope W. Roulston*

                                                      Deputy Clerk

September 4, 2009