UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Rebecca A. Lewis, ) | |
| ) | C/A No.: 4:08-cv-2386-GRA |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | (Written Opinion) |
| Michael J. Astrue, Commissioner, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff's attorney petitions this Court for an award of attorney's fees in the above-captioned case pursuant to the Social Security Act, 42 U.S.C. § 406(b). Plaintiff's attorney seeks $17,617.50 in attorney's fees, which amounts to twenty-five percent of the past-due benefits withheld by the Social Security Administration for attorney's fees. The government does not object to the motion.

After a review of the record and Plaintiff's attorney's petition, this Court finds that an award of attorney's fees in the amount requested is appropriate and reasonable. *See Gisbrecht v. Barnhart*, 535 U.S. 789, 807 (2002).

IT IS THEREFORE ORDERED that Defendant pay Plaintiff's attorney seventeen thousand six hundred seventeen dollars and fifty cents ($17,617.50) out of Plaintiff's award.

**IT IS SO ORDERED.**

G. Ross Anderson, Jr.
Senior United States District Judge

September 29, 2010
Anderson, South Carolina